FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 19 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**FINDING RE PROBABLE CAUSE**      **SA10-140M**

On March 19, 2010, at  3:40  a.m./**p.m**, Agent Darshana Sivakumaran of the Drug Enforcement Administration appeared before me regarding the probable cause arrest of defendant ALLEN LAM occurring at approximately 11:00 p.m. on March 18, 2010 at Los Angeles International Airport in Los Angeles, California.

Having reviewed the agent's statement of probable cause, a copy of which is attached hereto, the Court finds that there **exists** probable cause to arrest the defendant for a violation of Title 21 U.S.C. § 846.

__X__ It is ordered that defendant ALLEN LAM be held to answer for proceedings under Federal Rule of Criminal Procedure 5/40 on March 22, 2010.

_____ It is ordered that defendant ALLEN LAM, be discharged from custody on this case forthwith.

DATED: 3/19/2010 at 3:4·  a.m./**p.m**

_____
UNITED STATES MAGISTRATE JUDGE

**MARC L. GOLDMAN**